R. E. ADAM, Inmate No. 55775, United States Penitentiary, Leavenworth, Kansas, v. Edgar S. VAUGHT, Judge of the United States District Court for the Western District of Oklahoma.

No. 2764.

Circuit Court of Appeals, Tenth Circuit.

June 9, 1943.

No appearance for either party.

Before PHILLIPS, HUXMAN, and WILLIAMS, Circuit Judges.

PER CURIAM.

Motion for leave to file a petition for a writ of mandamus denied.

Nick BUSSIE v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.

No. 2765.

Circuit Court of Appeals, Tenth Circuit.

June 16, 1943.

No appearance for either party.

Before PHILLIPS, Circuit Judge.

PER CURIAM.

Application for leave to file a petition for writ of mandamus denied.

COMMISSIONER OF INTERNAL REVENUE v. BANK OF TESCOTT.

No. 2766.

Circuit Court of Appeals, Tenth Circuit.

June 19, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Ellis D. Bever, of Wichita, Kan., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

John GLENN v. UNITED STATES of America.

No. 2737.

Circuit Court of Appeals, Tenth Circuit.

June 12, 1943.

W. E. Utterback, of Durant, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Cause remanded to the district court for the purpose of authorizing and empowering said district court to entertain and determine a motion for a new trial, on grounds of newly discovered evidence.